**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 2:07-cr-90-DBH |
| | ) | |
| PHILJON EISOM, | ) | |
| | ) | |
| DEFENDANT | ) | |

**ORDER ON MOTION FOR RECONSIDERATION**

On November 18, 2011, I ruled that the defendant Philjon Eisom did not qualify for any sentence reduction under the retroactive and more lenient crack cocaine Guideline that became effective November 1, 2011. Eisom filed a new motion for relief on December 2, 2011 (Docket Item 65), which I treat as a motion for reconsideration. The motion is **DENIED** for the reasons stated in my Order of November 18, 2011. Moreover, contrary to Eisom's belief, he did in fact receive the 2-level subtraction under Guideline § 2D1.1 comment n.10(D)(i) when he was originally sentenced in 2008, as is reflected in the Revised Presentence Report ¶ 15.

**SO ORDERED.**

**DATED THIS 6TH DAY OF DECEMBER, 2011**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**